| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KB / 2HI 26975265 | 01/ | | 1 of 1 |

Skippack Village Italian Market LLC
4101 Skippack Pike
Skippack, PA 19474

# Earnings Statement

ADP

Period Starting: 01/06/2025
Period Ending: 01/12/2025
Pay Date: 01/15/2025

Taxable Marital Status: Single
Exemptions/Allowances:   Tax Override:
  Federal:   1          Federal:
  State:     0          State:
  Local:     0          Local:
Social Security Number: XXX-XX-XXXX

Joshua A Panzarella
216 Lexington Road
Schwenksville, PA 19473

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 27.5000 | 40.00 | 1100.00 | 3300.00 |
| Gross Pay | | | $1,100.00 | $3,300.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -102.72 | 308.16 |
| Social Security | -68.20 | 204.60 |
| Medicare | -15.95 | 47.85 |
| Pennsylvania State Income | -33.77 | 101.31 |
| Pennsylvania State UI | -0.77 | 2.31 |
| Skippack T Local Income | -16.78 | 50.34 |
| Net Pay | | $861.81 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 120.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8203 | XXXXXXXXX | 861.81 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are  $1,100.00

---

Skippack Village Italian Market LLC
4101 Skippack Pike
Skippack, PA 19474

Pay Date: 01/15/2025

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8203 | XXXXXXXXX | 861.81 |

Joshua A Panzarella
216 Lexington Road
Schwenksville, PA 19473

| Company Code | Loc/Dept | Number | Page | | |
|---|---|---|---|---|---|
| KB / 2HI 26975265 | 01/ | | 1 of 1 | **Earnings Statement** | ADP |

Skippack Village Italian Market LLC
4101 Skippack Pike
Skippack, PA 19474

Period Starting: 01/13/2025
Period Ending: 01/19/2025
Pay Date: 01/22/2025

Taxable Marital Status: Single
Exemptions/Allowances:       Tax Override:
  Federal:  1                Federal:
  State:    0                State:
  Local:    0                Local:
Social Security Number:      XXX-XX-XXXX

Joshua A Panzarella
216 Lexington Road
Schwenksville, PA 19473

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 27.5000 | 40.00 | 1100.00 | 4400.00 |
| **Gross Pay** | | | **$1,100.00** | **$4,400.00** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 160.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -102.72 | 410.88 |
| Social Security | -68.20 | 272.80 |
| Medicare | -15.95 | 63.80 |
| Pennsylvania State Income | -33.77 | 135.08 |
| Pennsylvania State UI | -0.77 | 3.08 |
| Skippack T Local Income | -16.78 | 67.12 |
| **Net Pay** | | **$861.81** |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8203 | XXXXXXXXX | 861.81 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $1,100.00

Skippack Village Italian Market LLC
4101 Skippack Pike
Skippack, PA 19474

Pay Date: 01/22/2025

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8203 | XXXXXXXXX | 861.81 |

Joshua A Panzarella
216 Lexington Road
Schwenksville, PA 19473

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KB / 2HI 26975265 | 01/ | | 1 of 1 |

Skippack Village Italian Market LLC
4101 Skippack Pike
Skippack, PA 19474

**Earnings Statement**

ADP

Period Starting: 01/20/2025
Period Ending: 01/26/2025
Pay Date: 01/29/2025

Taxable Marital Status: Single
Exemptions/Allowances:            Tax Override:
  Federal:   1              Federal:
  State:     0              State:
  Local:     0              Local:
Social Security Number: XXX-XX-XXXX

Joshua A Panzarella
216 Lexington Road
Schwenksville, PA 19473

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 27.5000 | 40.00 | 1100.00 | 5500.00 |
| Gross Pay | | | $1,100.00 | $5,500.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 200.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -102.72 | 513.60 |
| Social Security | -68.20 | 341.00 |
| Medicare | -15.95 | 79.75 |
| Pennsylvania State Income | -33.77 | 168.85 |
| Pennsylvania State UI | -0.77 | 3.85 |
| Skippack T Local Income | -16.78 | 83.90 |
| **Net Pay** | **$861.81** | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8203 | XXXXXXXXX | 861.81 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $1,100.00

Skippack Village Italian Market LLC
4101 Skippack Pike
Skippack, PA 19474

Pay Date:    01/29/2025

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8203 | XXXXXXXXX | 861.81 |

THIS IS NOT A CHECK

Joshua A Panzarella
216 Lexington Road
Schwenksville, PA 19473

| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| KB / 2HI 26975265 | 01/ | | 1 of 1 | | ADP |

Skippack Village Italian Market LLC
4101 Skippack Pike
Skippack, PA 19474

Period Starting:   01/27/2025
Period Ending:    02/02/2025
Pay Date:         02/05/2025

Taxable Marital Status:   Single
Exemptions/Allowances:   Tax Override:
  Federal:   1        Federal:
  State:     0        State:
  Local:     0        Local:
Social Security Number:   XXX-XX-XXXX

Joshua A Panzarella
216 Lexington Road
Schwenksville, PA 19473

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 27.5000 | 40.00 | 1100.00 | 6600.00 |
| Gross Pay | | | $1,100.00 | $6,600.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -102.72 | 616.32 |
| Social Security | -68.20 | 409.20 |
| Medicare | -15.95 | 95.70 |
| Pennsylvania State Income | -33.77 | 202.62 |
| Pennsylvania State UI | -0.77 | 4.62 |
| Skippack T Local Income | -16.78 | 100.68 |
| Net Pay | | $861.81 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 240.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8203 | XXXXXXXXX | 861.81 |

Important Notes
Basis of pay: Hourly

Your federal taxable wages this period are  $1,100.00

Skippack Village Italian Market LLC
4101 Skippack Pike
Skippack, PA 19474

Pay Date:    02/05/2025

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8203 | XXXXXXXXX | 861.81 |

THIS IS NOT A CHECK

Joshua A Panzarella
216 Lexington Road
Schwenksville, PA 19473

| Company Code | Loc/Dept | Number | Page | | |
|---|---|---|---|---|---|
| KB / 2HI 26975265 | 01/ | | 1 of 1 | **Earnings Statement** | ADP |

Skippack Village Italian Market LLC
4101 Skippack Pike
Skippack, PA 19474

Period Starting: 02/03/2025
Period Ending: 02/09/2025
Pay Date: 02/12/2025

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
  Federal: 1    Federal:
  State: 0      State:
  Local: 0      Local:
Social Security Number: XXX-XX-XXXX

Joshua A Panzarella
216 Lexington Road
Schwenksville, PA 19473

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 27.5000 | 40.00 | 1100.00 | 7700.00 |
| **Gross Pay** | | | **$1,100.00** | **$7,700.00** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 280.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -102.72 | 719.04 |
| Social Security | -68.20 | 477.40 |
| Medicare | -15.95 | 111.65 |
| Pennsylvania State Income | -33.77 | 236.39 |
| Pennsylvania State UI | -0.77 | 5.39 |
| Skippack T Local Income | -16.78 | 117.46 |
| **Net Pay** | | **$861.81** |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8203 | XXXXXXXXX | 861.81 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $1,100.00

Skippack Village Italian Market LLC
4101 Skippack Pike
Skippack, PA 19474

Pay Date: 02/12/2025

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8203 | XXXXXXXXX | 861.81 |

Joshua A Panzarella
216 Lexington Road
Schwenksville, PA 19473

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KB / 2HI 26975265 | 01/ | | 1 of 1 |

Skippack Village Italian Market LLC
4101 Skippack Pike
Skippack, PA 19474

# Earnings Statement

ADP

Period Starting:  02/10/2025
Period Ending:   02/16/2025
Pay Date:        02/19/2025

Taxable Marital Status:   Single
Exemptions/Allowances:    Tax Override:
  Federal:     1            Federal:
  State:       0            State:
  Local:       0            Local:
Social Security Number:   XXX-XX-XXXX

Joshua A Panzarella
216 Lexington Road
Schwenksville, PA 19473

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 27.5000 | 40.00 | 1100.00 | 8800.00 |
| **Gross Pay** | | | **$1,100.00** | **$8,800.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -102.72 | 821.76 |
| Social Security | -68.20 | 545.60 |
| Medicare | -15.95 | 127.60 |
| Pennsylvania State Income | -33.77 | 270.16 |
| Pennsylvania State UI | -0.77 | 6.16 |
| Skippack T Local Income | -16.78 | 134.24 |
| **Net Pay** | | **$861.81** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 320.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8203 | XXXXXXXXX | 861.81 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are  $1,100.00

---

Skippack Village Italian Market LLC
4101 Skippack Pike
Skippack, PA 19474

Pay Date:    02/19/2025

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8203 | XXXXXXXXX | 861.81 |

**THIS IS NOT A CHECK**

Joshua A Panzarella
216 Lexington Road
Schwenksville, PA 19473

| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| KB / 2HI 26975265 | 01/ | | 1 of 1 | | ADP |

Skippack Village Italian Market LLC
4101 Skippack Pike
Skippack, PA 19474

Period Starting: 02/17/2025
Period Ending: 02/23/2025
Pay Date: 02/26/2025

Taxable Marital Status: Single
Exemptions/Allowances:    Tax Override:
  Federal:  1               Federal:
  State:    0               State:
  Local:    0               Local:
Social Security Number:   XXX-XX-XXXX

Joshua A Panzarella
216 Lexington Road
Schwenksville, PA 19473

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 27.5000 | 40.00 | 1100.00 | 9900.00 |
| Gross Pay | | | $1,100.00 | $9,900.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 360.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -102.72 | 924.48 |
| Social Security | -68.20 | 613.80 |
| Medicare | -15.95 | 143.55 |
| Pennsylvania State Income | -33.77 | 303.93 |
| Pennsylvania State UI | -0.77 | 6.93 |
| Skippack T Local Income | -16.78 | 151.02 |
| Net Pay | | $861.81 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8203 | XXXXXXXXX | 861.81 |

Important Notes
Basis of pay: Hourly

Your federal taxable wages this period are $1,100.00

Skippack Village Italian Market LLC
4101 Skippack Pike
Skippack, PA 19474

Pay Date:    02/26/2025

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8203 | XXXXXXXXX | 861.81 |

Joshua A Panzarella
216 Lexington Road
Schwenksville, PA 19473

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KB / 2HI 26975265 | 01/ | | 1 of 1 |

Skippack Village Italian Market LLC
4101 Skippack Pike
Skippack, PA 19474

**Earnings Statement**

ADP

Period Starting: 02/24/2025
Period Ending: 03/02/2025
Pay Date: 03/06/2025

Taxable Marital Status: Single
Exemptions/Allowances:       Tax Override:
  Federal:   1                Federal:
  State:     0                State:
  Local:     0                Local:
Social Security Number: XXX-XX-XXXX

Joshua A Panzarella
216 Lexington Road
Schwenksville, PA 19473

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 27.5000 | 40.00 | 1100.00 | 11000.00 |
| **Gross Pay** | | | **$1,100.00** | **$11,000.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -102.72 | 1027.20 |
| Social Security | -68.20 | 682.00 |
| Medicare | -15.95 | 159.50 |
| Pennsylvania State Income | -33.77 | 337.70 |
| Pennsylvania State UI | -0.77 | 7.70 |
| Skippack T Local Income | -16.78 | 167.80 |
| **Net Pay** | | **$861.81** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 400.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8203 | XXXXXXXXX | 861.81 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $1,100.00

Skippack Village Italian Market LLC
4101 Skippack Pike
Skippack, PA 19474

Pay Date: 03/06/2025

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8203 | XXXXXXXXX | 861.81 |

Joshua A Panzarella
216 Lexington Road
Schwenksville, PA 19473

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KB / 2HI 26975265 | 01/ | | 1 of 1 |

Skippack Village Italian Market LLC
4101 Skippack Pike
Skippack, PA 19474

**Earnings Statement**

ADP

Period Starting: 03/03/2025
Period Ending: 03/09/2025
Pay Date: 03/12/2025

Taxable Marital Status: Single
Exemptions/Allowances:       Tax Override:
  Federal:    1               Federal:
  State:      0               State:
  Local:      0               Local:
Social Security Number: XXX-XX-XXXX

Joshua A Panzarella
216 Lexington Road
Schwenksville, PA 19473

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 27.5000 | 40.00 | 1100.00 | 12100.00 |
| **Gross Pay** | | | **$1,100.00** | **$12,100.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -102.72 | 1129.92 |
| Social Security | -68.20 | 750.20 |
| Medicare | -15.95 | 175.45 |
| Pennsylvania State Income | -33.77 | 371.47 |
| Pennsylvania State UI | -0.77 | 8.47 |
| Skippack T Local Income | -16.78 | 184.58 |
| **Net Pay** | | **$861.81** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 440.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8203 | XXXXXXXXX | 861.81 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $1,100.00

Skippack Village Italian Market LLC
4101 Skippack Pike
Skippack, PA 19474

Pay Date:    03/12/2025

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8203 | XXXXXXXXX | 861.81 |

Joshua A Panzarella
216 Lexington Road
Schwenksville, PA 19473

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KB / 2HI 26975265 | 01/ | | 1 of 1 |

Skippack Village Italian Market LLC
4101 Skippack Pike
Skippack, PA 19474

**Earnings Statement**

ADP

Period Starting: 03/10/2025
Period Ending: 03/16/2025
Pay Date: 03/19/2025

Taxable Marital Status: Single
Exemptions/Allowances:    Tax Override:
  Federal:    1    Federal:
  State:    0    State:
  Local:    0    Local:
Social Security Number:    XXX-XX-XXXX

Joshua A Panzarella
216 Lexington Road
Schwenksville, PA 19473

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 27.5000 | 40.00 | 1100.00 | 13200.00 |
| **Gross Pay** | | | **$1,100.00** | **$13,200.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -102.72 | 1232.64 |
| Social Security | -68.20 | 818.40 |
| Medicare | -15.95 | 191.40 |
| Pennsylvania State Income | -33.77 | 405.24 |
| Pennsylvania State UI | -0.77 | 9.24 |
| Skippack T Local Income | -16.78 | 201.36 |
| **Net Pay** | | **$861.81** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 480.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8203 | XXXXXXXXX | 861.81 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $1,100.00

---

Skippack Village Italian Market LLC
4101 Skippack Pike
Skippack, PA 19474

Pay Date:    03/19/2025

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8203 | XXXXXXXXX | 861.81 |

Joshua A Panzarella
216 Lexington Road
Schwenksville, PA 19473

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KB / 2HI 26975265 | 01/ | | 1 of 1 |

Skippack Village Italian Market LLC
4101 Skippack Pike
Skippack, PA 19474

**Earnings Statement**

ADP

Period Starting: 03/17/2025
Period Ending: 03/23/2025
Pay Date: 03/26/2025

Taxable Marital Status: Single
Exemptions/Allowances:      Tax Override:
  Federal:    1                Federal:
  State:      0                State:
  Local:      0                Local:
Social Security Number:    XXX-XX-XXXX

Joshua A Panzarella
216 Lexington Road
Schwenksville, PA 19473

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 27.5000 | 40.00 | 1100.00 | 14300.00 |
| **Gross Pay** | | | **$1,100.00** | **$14,300.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -102.72 | 1335.36 |
| Social Security | -68.20 | 886.60 |
| Medicare | -15.95 | 207.35 |
| Pennsylvania State Income | -33.77 | 439.01 |
| Pennsylvania State UI | -0.77 | 10.01 |
| Skippack T Local Income | -16.78 | 218.14 |
| **Net Pay** | | **$861.81** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 520.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8203 | XXXXXXXXX | 861.81 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $1,100.00

Skippack Village Italian Market LLC
4101 Skippack Pike
Skippack, PA 19474

Pay Date:   03/26/2025

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8203 | XXXXXXXXX | 861.81 |

Joshua A Panzarella
216 Lexington Road
Schwenksville, PA 19473