Certificate Number: 16339-PAE-DE-039748211

Bankruptcy Case Number: 25-11304



16339-PAE-DE-039748211

# C<span/>ERTIFICATE O<span/>F D<span/>EBTOR E<span/>DUCATION

I CERTIFY that on June 9, 2025, at 2:45 o'clock PM EDT, Joshua Panzarella completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: June 9, 2025

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor