# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-11304-AMC |
| Joshua A. Panzarella, | Chapter 13 |
| Debtor. | |

## Order

**AND NOW**, upon consideration of the stipulation filed between the Debtor and Creditor OneMain Financial (doc. # 14, the "Stipulation");

It is hereby **ORDERED** that

1) The Stipulation (doc. # 14) is **APPROVED**.
2) The automatic stay under 11 U.S.C. 362(a) is **VACATED** with respect to the 2014 GMC Terrain VIN 2GKFLXEK7E6156544.

Date: _____

_____
Honorable Ashely M. Chan
Chief Judge, U.S. Bankruptcy Court