# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Joshua A. Panzarella,<br><br>Debtor. | Case No. 25-11304-AMC<br><br>Chapter 13 |

### Order

**AND NOW**, upon consideration of the stipulation filed between the Debtor and Creditor OneMain Financial (doc. # 14, the "Stipulation");

It is hereby **ORDERED** that

1) The Stipulation (doc. # 14) is **APPROVED**.
2) The automatic stay under 11 U.S.C. 362(a) is **VACATED** with respect to the 2014 GMC Terrain VIN 2GKFLXEK7E6156544.

Date:  July 29, 2025

_____
Honorable Ashely M. Chan
Chief Judge, U.S. Bankruptcy Court