United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                              Case No. 25-11304-amc

Joshua Anthony Panzarella                                                           Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                        User: admin                         Page 1 of 3
Date Rcvd: Aug 21, 2025                     Form ID: 155                         Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Joshua Anthony Panzarella, 47 Salem Rd, Schwenksville, PA 19473-1205 |
| 14994027 | | Citibank/Goodyear, Citicorp Cr Srvs/Centralized Bankruptcy, St Louis, MO 63179-0040 |
| 14994034 | | Montgomery County Tax Claim Bureau, 1 Montgomery Plz Ste 600, Norristown, PA 19401-4851 |
| 14994036 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14994039 | + | Perkiomen Township Tax Collector, c/o David Runyan, PO Box 26681, Collegeville, PA 19426-0681 |
| 14994045 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14994020 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 22 2025 00:50:23 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14994021 | | Email/Text: ally@ebn.phinsolutions.com | Aug 22 2025 00:52:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 14994022 | | Email/Text: bk@avant.com | Aug 22 2025 00:53:00 | Avant LLC, Attn: Bankruptcy, 222 Merchandise Mart Plz Ste 900, Chicago, IL 60654-1105 |
| 14994023 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 22 2025 00:50:25 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14994024 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 22 2025 01:14:09 | Capital One Auto Finance, c/o Ais Portfolio Services, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14994025 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 22 2025 00:50:15 | Capitalone, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14994026 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 22 2025 00:49:16 | Chase Auto Finance, Attn: Bankruptcy, 700 Kansas Lane LA, Monroe, LA 71203-4774 |
| 14994028 | + | Email/Text: bankruptcy@greenskycredit.com | Aug 22 2025 00:53:00 | GreenSky Credit, Attn: Bankruptcy, 5565 Glenridge Connector Ste 700, Atlanta, GA 30342-4796 |
| 14994029 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 22 2025 00:53:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14994030 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 22 2025 00:49:08 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14994031 | | Email/Text: bk@lendmarkfinancial.com | Aug 22 2025 00:52:00 | Lendmark, 2118 Usher St., Covington, GA 30014 |
| 14997343 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 22 2025 01:02:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14994032 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

District/off: 0313-2                                User: admin                                Page 2 of 3

Date Rcvd: Aug 21, 2025                          Form ID: 155                          Total Noticed: 33

| | | | |
|---|---|---|---|
| | | Aug 22 2025 00:50:16 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14994033 | Email/Text: bankruptcy@marinerfinance.com | | |
| | | Aug 22 2025 00:52:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15015565 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Aug 22 2025 00:53:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15025445 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | | |
| | | Aug 22 2025 00:52:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 14994035 | Email/PDF: cbp@omf.com | | |
| | | Aug 22 2025 01:14:10 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14994041 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Aug 22 2025 01:02:02 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 15014689 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Aug 22 2025 00:47:47 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14994037 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | Aug 22 2025 00:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14994038 | ^ MEBN | | |
| | | Aug 22 2025 00:41:11 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14994040 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Aug 22 2025 00:50:27 | Plusfinance/cws, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 15000821 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Aug 22 2025 00:53:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14994042 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Aug 22 2025 01:03:12 | Syncb/walm, Po Box 71746, Philadelphia, PA 19176-1746 |
| 14994043 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Aug 22 2025 00:49:08 | Synchrony Bank/Care Credit, Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14994044 | Email/Text: usapae.bankruptcynotices@usdoj.gov | | |
| | | Aug 22 2025 00:53:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14994046 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | Aug 22 2025 01:14:02 | Wells Fargo Home Mortgage, Attn: Bankruptcy Dept, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15016696 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

District/off: 0313-2            User: admin            Page 3 of 3

Date Rcvd: Aug 21, 2025            Form ID: 155            Total Noticed: 33

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2025            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| MICHAEL A. CIBIK | on behalf of Debtor Joshua Anthony Panzarella help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Joshua Anthony Panzarella | ) | Case No. 25−11304−amc |
| | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: August 20, 2025

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court