| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 25-11304-AMC

Joshua Anthony Panzarella
47 Salem Rd
Schwenksville  PA    19473-1205

Petition Filed Date: 04/02/2025
341 Hearing Date: 05/02/2025
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/06/2025 | $250.00 | | 05/20/2025 | $250.00 | | 06/05/2025 | $250.00 | |
| 06/20/2025 | $250.00 | | 07/08/2025 | $250.00 | | 07/21/2025 | $250.00 | |

**Total Receipts for the Period: $1,500.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $2,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | LENDMARK FINANCIAL SERVICES LLC<br>»»  001 | Unsecured Creditors | $7,850.58 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»»  002 | Unsecured Creditors | $1,593.43 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»»  003 | Unsecured Creditors | $1,920.36 | $0.00 | $0.00 |
| 4 | ONE MAIN FINANCIAL GROUP LLC<br>»»  04S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | ONE MAIN FINANCIAL GROUP LLC<br>»»  04U | Unsecured Creditors | $8,252.22 | $0.00 | $0.00 |
| 6 | QUANTUM3 GROUP LLC<br>»»  005 | Unsecured Creditors | $100.00 | $0.00 | $0.00 |
| 7 | QUANTUM3 GROUP LLC<br>»»  006 | Unsecured Creditors | $88.00 | $0.00 | $0.00 |
| 8 | QUANTUM3 GROUP LLC<br>»»  007 | Unsecured Creditors | $600.01 | $0.00 | $0.00 |
| 9 | QUANTUM3 GROUP LLC<br>»»  008 | Unsecured Creditors | $600.00 | $0.00 | $0.00 |
| 10 | QUANTUM3 GROUP LLC<br>»»  009 | Unsecured Creditors | $370.00 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  010 | Unsecured Creditors | $1,534.73 | $0.00 | $0.00 |
| 12 | MARINER FINANCE LLC<br>»»  011 | Secured Creditors | $351.03 | $0.00 | $0.00 |
| 13 | MIDLAND CREDIT MANAGEMENT INC<br>»»  012 | Unsecured Creditors | $9,841.42 | $0.00 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  013 | Unsecured Creditors | $647.62 | $0.00 | $0.00 |
| 15 | NEW JERSEY TURNPIKE AUTHORITY<br>»»  014 | Unsecured Creditors | $52.30 | $0.00 | $0.00 |

Chapter 13 Case No. 25-11304-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $2,000.00 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $110.00 | Total Plan Base: | $30,000.00 |
| Funds on Hand: | $1,890.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.