Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Joshua Anthony Panzarella
47 Salem Rd
Schwenksville, PA 19473-1205

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-11304-AMC**

Petition Filed Date: 04/02/2025
341 Hearing Date: 05/02/2025
Confirmation Date: 08/20/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/06/2025 | $250.00 | | 08/20/2025 | $250.00 | | 09/05/2025 | $250.00 | |
| 09/19/2025 | $250.00 | | 10/07/2025 | $250.00 | | 10/21/2025 | $250.00 | |
| 11/05/2025 | $250.00 | | 11/19/2025 | $250.00 | | 12/08/2025 | $250.00 | |
| 12/19/2025 | $250.00 | | 01/06/2026 | $250.00 | | 01/21/2026 | $250.00 | |
| 02/05/2026 | $250.00 | | 02/19/2026 | $250.00 | | 03/05/2026 | $250.00 | |
| 03/19/2026 | $250.00 | | 04/07/2026 | $250.00 | | 04/21/2026 | $250.00 | |
| 05/11/2026 | $250.00 | | 05/20/2026 | $250.00 | | 06/05/2026 | $250.00 | |
| 06/22/2026 | $250.00 | | 07/07/2026 | $250.00 | | 07/21/2026 | $250.00 | |

**Total Receipts for the Period: $6,000.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $8,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $4,085.00 | $4,085.00 | $0.00 |
| 1 | LENDMARK FINANCIAL SERVICES LLC<br>»» 001 | Unsecured Creditors | $7,850.58 | $0.00 | $7,850.58 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $1,593.43 | $0.00 | $1,593.43 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $1,920.36 | $0.00 | $1,920.36 |
| 4 | ONEMAIN FINANCIAL GROUP LLC<br>»» 04S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | ONEMAIN FINANCIAL GROUP LLC<br>»» 04U | Unsecured Creditors | $16,648.05 | $0.00 | $16,648.05 |
| 6 | QUANTUM3 GROUP LLC<br>»» 005 | Unsecured Creditors | $100.00 | $0.00 | $100.00 |
| 7 | QUANTUM3 GROUP LLC<br>»» 006 | Unsecured Creditors | $88.00 | $0.00 | $88.00 |
| 8 | QUANTUM3 GROUP LLC<br>»» 007 | Unsecured Creditors | $600.01 | $0.00 | $600.01 |
| 9 | QUANTUM3 GROUP LLC<br>»» 008 | Unsecured Creditors | $600.00 | $0.00 | $600.00 |

**Chapter 13 Case No. 25-11304-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 10 | QUANTUM3 GROUP LLC<br>»» 009 | Unsecured Creditors | $370.00 | $0.00 | $370.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $1,534.73 | $0.00 | $1,534.73 |
| 12 | MARINER FINANCE LLC<br>»» 011 | Secured Creditors | $8,388.53 | $3,354.00 | $5,034.53 |
| 13 | MIDLAND CREDIT MANAGEMENT INC<br>»» 012 | Unsecured Creditors | $9,841.42 | $0.00 | $9,841.42 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $647.62 | $0.00 | $647.62 |
| 15 | NEW JERSEY TURNPIKE AUTHORITY<br>»» 014 | Unsecured Creditors | $52.30 | $0.00 | $52.30 |
| 16 | GREEN SKY CREDIT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | KOHLS/CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | TBOM/OLLO CARD SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,000.00 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $7,439.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $561.00 | Total Plan Base: | $18,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.